1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
9

10                                              )  Case No.: 1:19-CV-00595-LJO-JLT
11  **Rory Chavez,**                            )
                                                )  **[PROPOSED] ORDER ON REQUEST TO**
12          Plaintiff,                          )  **CONTINUE SCHEDULING CONFERENCE**
                                                )
13      v.                                      )  **(Doc. 6)**
                                                )
14  **Yong Kyun Won;**                          )
    **Young Ae Won;**                           )
    **GIJ Enterprises Inc**., a California Corporation; )
15  and Does 1-10,                              )
                                                )
16          Defendants.                         )

17

18          Having read the request to Continue Scheduling Conference and finding good cause,

19  the Court **ORDERS** the scheduling conference is continued to August 26, 2019 at 9:00 a.m.  The

20  joint report SHALL be filed one week before.

21
    IT IS SO ORDERED.
22

23      Dated:  __**July 11, 2019**__              ____**/s/ Jennifer L. Thurston**____
                                                  UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28