# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rory Chavez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Young Kyun Won, an individual; Young Ae Won, an individual; GIJ Enterprises Inc., a California corporation;and DOES 1-10 inclusive,<br><br>　　　　Defendant. | CASE NO. 1:19-cv-00595-LJO-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>(Doc. 16) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The Clerk's Entry of Default against defendants Young Kyun Won and GIJ Enterprises, Inc. is set aside;

2. These defendants SHALL filed their responsive pleadings within 15 days.

IT IS SO ORDERED.

Dated: __**August 9, 2019**__　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE