# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>YONG KYUN WON, et al.,<br><br>        Defendants. | Case No.: 1:19-CV-00595 - JLT<br><br>ORDER REFERRING THE MATTER TO VDRP |

    In the Joint Scheduling Report filed on August 19, 2019, all parties stipulated for the action to be referred to the Court's Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271. (Doc. 19 at 6) Based upon the stipulation of the parties, the Court **ORDERS**:

    1.    The Scheduling Conference set for September 25, 2019, is **VACATED**;

    2.    The matter is referred to the Voluntary Dispute Resolution Program. In advance of the mediation, the parties are encouraged to cooperate in informal discovery. If that effort does not place the case in a settlement posture, the parties SHALL immediately file a request to have the case removed from the VDRP; and

///

///

///

///

1

3. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated: __**August 29, 2019**__        __/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE