UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YONG KYUN WON, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-0595 JLT<br><br>ORDER TO THE DEFENDANTS AND THEIR COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

　　　　The Court ordered the parties to file a joint mid-discovery status conference. (Doc. 28 at 2) When they failed to file the report, the Court again ordered them to do so (Doc. 48) The plaintiff filed a report and indicated that the defense attorney failed to cooperate with the preparation of the joint report (Doc. 49) and the defendants have wholly failed to comply. Thus, the Court **ORDERS**:

　　　　1.　　**<u>Within seven days</u>**, each of the defendants and their attorney of record SHALL show cause in writing why sanctions should not be imposed for their failure to comply with the court's orders. They are advised that their failure to comply may result in the imposition of monetary sanctions and/or striking their answer and entering default.

IT IS SO ORDERED.

　　Dated:　**February 3, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1