UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YONG KYUN WON, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-0595 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE TO THE DEFENDANTS AND THEIR COUNSEL |

The defense has responded to the Court's order to show cause (Doc. 50) and explained that it *did* cooperate with preparing the joint mid-discovery status report (Doc. 51). Indeed, plaintiff's counsel simply failed to take note of the email sent by defense counsel with the defendants' contribution to the joint report. Id.  Also, an amended joint repot has now been filed. (Doc. 52) Thus, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **February 4, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE